IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| FELIPE HERNANDEZ ALONSO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:26-CV-00022 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| MARCOS CHARLES; KRISTI NOEM; DHS; | § | |
| ICE; PAMELA BONDI; EXECUTIVE | § | |
| OFFICE FOR IMMIGRATION REVIEW; | § | |
| WARDEN ALEXANDER SANCHEZ, | § | |
| | § | |
| *Defendants,* | § | |

## ORDER GRANTING MOTION TO WITHDRAW PETITION

Before the Court is Petitioner Felipe Hernandez Alonso's Motion to Withdraw Petition [Dkt. 2]. Having considered Petitioner's motion, the Court grants the same.

It is therefore **ORDERED** that Alonso's Motion to Withdraw Petition [Dkt. 2] is hereby **GRANTED.** The Clerk is instructed to close this case.

**SIGNED this 4th day of August, 2026.**

_____
Michael J. Truncale
United States District Judge